UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS ESCOBEDO,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-00241-CDS-NJK<br><br>ORDER |

　　　This Court has received notice from the High Desert State Prison law library that Plaintiff is no longer incarcerated. Docket No. 12. However, Plaintiff has not filed an updated address with the Court. Pursuant to Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." The Court will allow Plaintiff until September 26, 2022, to file his updated address with this Court. If Plaintiff fails to update the Court with his current address by September 26, 2022, this case will be subject to dismissal without prejudice.

　　　Additionally, the Court denies the application to proceed *in forma pauperis* for prisoners, Docket No. 1, as moot because Plaintiff is no longer incarcerated. The Court directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner by September 26, 2022, or pay the full filing fee of $402.

　　　For the foregoing reasons,

　　　IT IS ORDERED that Plaintiff must file an updated address with the Clerk of the Court no later than **September 26, 2022**.

1  IT IS FURTHER ORDERED that Plaintiff's application to proceed *in forma pauperis* for prisoners, Docket No. 1, is **DENIED** as moot.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that, no later than **September 26, 2022**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED: August 25, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE